**LOWENSTEIN SANDLER PC**
Mary E. Seymour, Esq. (MS 3950)
Michael Savetsky, Esq. (MS 5692)
Joseph M. Yar (JMY-2477)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel for the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> Marcal Paper Mills, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 06-21886 (MS) <br><br> Hon. Morris Stern, U.S.B.J. |
| Edward P. Bond as Liquidating Trustee of the Marcal Paper Mills Claims Trust, <br><br> Plaintiff, <br><br> vs. <br><br> Hughes Design Inc. d/b/a Hughes Design Group, <br><br> Defendant. | Adv. Pro. No. 08-02855 <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that plaintiff Edward Bond, the Liquidating Trustee ("Plaintiff"), and defendant Hughes Design Inc. d/b/a Hughes Design Group ("Defendant"), hereby stipulate that this action is dismissed with prejudice and without costs to either party.

23399/2
03/15/2010 13923589.1

-2-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **LOWENSTEIN SANDLER PC**<br>Attorneys for Edward Bond,<br>The Liquidating Trustee | **RIKER DANZIG SCHERER HYLAND<br>& PERRETTI LLP**<br>Attorneys for Defendant<br>Hughes Design Inc. d/b/a<br>Hughes Design Group |
| By:/s/Joseph M. Yar<br>    Joseph M. Yar, Esq.<br>    65 Livingston Ave.<br>    Roseland, NJ  07068<br>    973.597.2500 | By: _____<br>    Kevin J. Larner, Esq.<br>    Headquarters Plaza<br>    One Speedwell Ave.<br>    Morristown, NJ 07962-1981<br>    973.451.8529 |
| Dated:   March 4, 2010 | Dated:   March 15, 2010 |